United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 13-18414-jkf
Steven T Fithian                                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: YvetteWD            Page 1 of 1            Date Rcvd: Oct 19, 2016
                               Form ID: 138NEW           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2016.
db              +Steven T Fithian,    208 Welsford Road,    Fairless Hills, PA 19030-3210
cr              +PNC Mortgage, a division of PNC Bank, N.A.,,    3232 Newmark Dr.,    Miamisburg, oh 45342-5421
13155236        +Aspire,    P. O. Box 105555,    Atlanta, GA 30348-5555
13155238        +Comenity Bank/Fashbug,    P. O. Box 182272,   Columbus, OH 43218-2272
13502127        +Jeffery A. Fournier, Esquire,    2480-B Durham Road,    Bristol, PA 19007-6902
13155239        +PNC Bank NA,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13155240        +PNC Bank NA,    c/o KML Law Group PC,    701 Market Street,    Philadelphia, PA 19106-1538
13188150        +PNC Bank, National Association,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Oct 20 2016 02:01:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 20 2016 02:00:52
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 20 2016 02:01:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:05     Jefferson Capital Systems LLC,
                 PO Box 7999,   St Cloud, MN  56302-9617
13166517        +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Oct 20 2016 02:00:55      Asset Acceptance LLC,
                 Po Box 2036,   Warren MI 48090-2036
13155237        +E-mail/Text: banko@berkscredit.com Oct 20 2016 02:00:36     Berks Credit & Collection,
                 900 Corporate Drive,   Reading, PA 19605-3340
13168513         E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 20 2016 02:01:05     Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
13172461         E-mail/Text: ebn@vativrecovery.com Oct 20 2016 02:00:36     Palisades Acquisition XVI, LLC,
                 Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Acquisition XVI,,
                 PO Box 40728,   Houston TX 77240-0728
13171980         E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2016 02:00:41
                 Quantum3 Group LLC as agent for,    Elite Recovery Acquisitions LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JEFFERY A. FOURNIER    on behalf of Debtor Steven T Fithian jefffournier@verizon.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Steven T Fithian
     Debtor(s)

Bankruptcy No: 13−18414−jkf
Chapter: 13

---

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 10/19/16

89 − 88
Form 138_new