Certificate Number: 01267-PAE-DE-028413857

Bankruptcy Case Number: 13-18414



01267-PAE-DE-028413857

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 28, 2016, at 3:43 o'clock PM MST, Steven T Fithian completed a course on personal financial management given by internet by Money Management International, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    November 28, 2016              By:    /s/Anastacia Jacobs

                                         Name:  Anastacia Jacobs

                                         Title: Counselor